

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2016

No. 04-15-00692-CV

John **SHULL**,
Appellant

v.

**WESTOVER CROSSING (SAN ANTONIO) HOMEOWNERS' ASSOCIATION, INC.**;
Spectrum Association Management, LP; and Buck (Delvin) Benson,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15954
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

In response to Appellant John Shull's repeated telephone calls and e-mails to the clerk of this court and his then-pending motions, on May 20, 2016, we denied Appellant's motion to include in the appellate record documents he sent to this court by e-mail. We reminded Appellant that the clerk of this court has already informed him of the methods for filing documents, *see* TEX. R. APP. P. 9.2(c)(2), and for supplementing the appellate record, *see id.* R. 34.5(c).

On June 3, 2016, Appellant filed a motion for reconsideration of our May 20, 2016 order. On June 8, 2016, we denied Appellant's requests for, inter alia, this court to include in the appellate record documents Appellant e-mailed to this court.

On June 13, 2016, Appellant again e-mailed the clerk of this court seeking action by the court. We remind Appellant that any documents Appellant sends to this court by e-mail will not be filed, will not become part of the appellate record, and will not be considered by the court. *See Sadler v. Tex. Farm Bureau Mut. Ins. Companies*, No. 04-12-00789-CV, 2013 WL 4736392, at *4 (Tex. App.—San Antonio Sept. 4, 2013, no pet.) (mem. op.); *see also Perry v. S.N.*, 973 S.W.2d 301, 303 (Tex. 1998) ("We may not consider factual assertions that appear solely in the appellate briefs and not before the trial court."); *Sabine Offshore Serv., Inc. v. City of Port Arthur*, 595 S.W.2d 840, 841 (Tex. 1979) ("Affidavits outside the record cannot be considered by the Court of Civil Appeals for any purpose other than determining its own jurisdiction.").

This court will no longer respond to any e-mail communications from Appellant. All further correspondence must be by written motion or request filed with the clerk of the court. *See* TEX. R. APP. P. 10.1.

Any further request to supplement the appellate record must be directed to the trial court clerk. *See id.* R. 34.5(c). The request must be specific: it should identify the document filed in the trial court by its title and filing date. *See id.* R. 34.5(b)(2). This court will consider documents properly included in the appellate record whether in original or supplemental records. *See* TEX. R. APP. P. 34.5(c), 34.6(d).

We respectfully remind Appellant that he must file his brief with this court not later than June 30, 2016.

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file his brief as ordered, the court may dismiss this appeal for want of prosecution without further notice. *See id.* R. 38.8(a)(1), 42.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2016.

_____
Keith E. Hottle
Clerk of Court